IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY GOLDWIRE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| TODD LANDHERR, | : | |
| ROSA RICARDO, | : | |
| DANIEL MURAWSKI, and | : | |
| JOHN DOE CITY OF PHILADELPHIA | : | |
| POLICE OFFICERS I-III | : | NO. 15-2856 |

ORDER

AND NOW, this 10th day of September, 2015, upon consideration of defendant City of Philadelphia's motion to dismiss (docket entry #2), Rosa Ricardo and Daniel Murawski's motion to dismiss (docket entry #3), plaintiff Kelly Goldwire's responses in opposition thereto, and for the reasons set forth in our Memorandum issued this day in this case, it is hereby ORDERED that:

1. The City of Philadelphia's motion to dismiss (docket entry #2) is GRANTED;

2. Count III of the complaint is DISMISSED WITHOUT PREJUDICE with leave to amend being granted if plaintiff can do so conformably with Fed. R. Civ. P. 11 by noon on September 21, 2015;

3. Rosa Ricardo and Daniel Murawski's motion to dismiss (docket entry #3) is DENIED; and

        4.       Rosa Ricardo and Daniel Murawski shall ANSWER the complaint by noon on September 25, 2015.

                              BY THE COURT:

                              _/s/ Stewart Dalzell, J.
                              Stewart Dalzell, J.