IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY GOLDWIRE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 15-2856 |

## O R D E R

AND NOW, this 12th day of April, 2016, upon consideration of Defendants' Motion for Summary Judgment, docketed in this case as Document No. 22, Plaintiff's Response, and Defendants' Reply thereto, it is hereby ORDERED that the motion is GRANTED IN PART and DENIED IN PART:

(1) Plaintiff's claim of municipal liability against the City of Philadelphia is hereby DISMISSED;

(2) Plaintiff's claims against defendant Officer Ricardo Rosa are DISMISSED; and

(3) Plaintiff's claims of malicious prosecution are DISMISSED;

The Motion is otherwise DENIED.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE